AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

XINGJIAN SUN,
XING ZHAO, and
AO WANG,

*Plaintiff(s)*

v.

GARY GANG XU,

*Defendant(s)*

Civil Action No.: 2:19-cv-2242

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GARY GANG XU
4700 Horse Creek Drive
Champaign, IL 61822

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dr. Ann Olivarius
McAllister Olivarius
63 Putnam Street, PO Box 173
Saratoga Springs, NY 12866

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  09/10/2019

*Signature of Clerk or Deputy Clerk*