UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| XINGJIAN SUN, XING ZHAO, and AO WANG, <br><br> Plaintiffs, <br><br> v. <br><br> GARY GANG XU, <br><br> Defendant. | Case No.: 2:19-cv-2242 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiffs XINGJIAN SUN, XING ZHAO, and AO WANG, furnishes the following in compliance with Rule 11.3 of this court:

1. I am the attorney of record for Plaintiffs XINGJIAN SUN, XING ZHAO, and AO WANG in the above-captioned case.

2. The above-named Plaintiffs are not a corporation.

3. The firms of McALLISTER OLIVARIUS and SAEED & LITTLE LLP are expected to appear on behalf of the above-named Plaintiffs.

Dated: September 10, 2019         BY:   s/ Ann Olivarius

**Dr. Ann Olivarius**
*Attorney for Plaintiffs*
McALLISTER OLIVARIUS
63 Putnam Street
Saratoga Springs, New York 12866
Telephone: (518) 633-4775
E-mail: aolivarius@mcolaw.com