AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| XINGJIAN SUN, XING ZHAO, and AO WANG <br> *Plaintiff* <br> v. <br> GARY GANG XU <br> *Defendant* | Case No.: 2:19-cv-2242 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs XINGJIAN SUN, XING ZHAO, and AO WANG.

Date:     09/10/2019

s/ Ann Olivarius
*Attorney's signature*

Dr. Ann Olivarius - ID Bar #8253
*Printed name and bar number*

McAllister Olivarius
63 Putnam Street, PO Box 173,
Saratoga Springs, NY 12866
*Address*

jmcallister@mcolaw.com
*E-mail address*

(518) 633-4775
*Telephone number*

*FAX number*