E-FILED
Friday, 29 November, 2019  10:30:55 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| XINGJIAN SUN, | ) | |
| XING ZHAO, and | ) | Case No.:  2:19-cv-02242-CSB-EIL |
| AO WANG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARY GANG XU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION FOR EXTENSION OF TIME TO SERVE GARY GANG XU

PLEASE TAKE NOTICE that on December 6, 2019 at 1 p.m., or as soon thereafter as counsel may be heard, we shall appear before Magistrate Judge Eric I. Long telephonically and shall present Plaintiffs' Motion for Extension of Time to Serve Gary Gang Xu.

Respectfully submitted,

BY:    s/Dr. Ann Olivarius

Dr. Ann Olivarius
McALLISTER OLIVARIUS
63 Putnam Street
Saratoga Springs, New York 12866
Telephone: (518) 682-6802
E-mail: aolivarius@mcolaw.com

*Counsel for Plaintiffs*