E-FILED
Friday, 29 November, 2019  10:34:19 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

XINGJIAN SUN, )
XING ZHAO, and ) Case No.: 2:19-cv-02242-CSB-EIL
AO WANG, )
)
    Plaintiffs, )
)
    v. )
)
GARY GANG XU, )
)
    Defendant. )
)

## MOTION FOR EXTENSION OF TIME TO SERVE GARY GANG XU

1.    Plaintiffs Xingjian Sun, also known as Vina or Narcissa ("Sun"), Xing Zhao, also known as Ely ("Zhao"), and Professor Ao Wang ("Wang") (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move this Court for an order permitting Plaintiffs to extend the time allowed to effect service of process on Defendant Gary Gang Xu ("Xu").

2.    On September 3, 2019, the week prior to filing the Complaint in this action, Terry Lowe, a licensed Private Investigator, confirmed that Xu was present at ███████████, Champaign, Illinois, 61822 ("the house"). *See* Attachment 1 (Affidavit of Terry Lowe). The house is listed under the name of Xu's ex-wife, Eva Chiawen Liu. *See* Attachment 2 (Deed Record). Xu's ex-wife and, upon information and belief, at least one of his two children still reside at the house. *See* Attachment 3 (Affidavit of Non-Service).

3.    The Complaint in this action was filed on September 10, 2019. On September 18, 2019, our firm received an alias summons in this action after the original summons was delayed in the mail. That same day, on September 18, and on five separate occasions through September

29, Carrington L. Bell, a licensed process server, attempted to make service upon Xu at the house, in conformance with Federal Rules of Civil Procedure 4(e)(2)(a) or (b). *Id.* On the final try, on September 29, 2019, an Asian female, believed to be Xu's daughter, answered the door and told Bell that Xu no longer lived at the house, and she had no forwarding address. *Id.*

4.      In an attempt to find Xu, over several weeks in October, McAllister Olivarius interviewed eight witnesses familiar with him attempting to track his location. Although rumors abounded about his whereabouts, including that he had fled to Philadelphia and to China, his location remains unknown. Our law office also contacted the law office of Xu's last known attorney, Rochelle A. Funderburg of the firm Meyer Capel, on October 2, 2019. An individual who worked at the firm stated that they had not had dealings with Xu in some time.

5.      In a further attempt to find Xu, on October 2, 2019, McAllister Olivarius retained another private investigation firm, Bill Clutter Investigations, Inc, which performed an electronic "skip trace" on Xu. The skip trace showed the residence in Champaign as his current residence. *See* Attachment 4, Affidavit of Haley Stratton. Bill Clutter Investigations, Inc. also submitted a request to the United States Postal Service to determine whether Xu had set up a forwarding address for mail sent to his former residence in Champaign. No forwarding address has been obtained as of October 31, 2019. *Id.*

6.      A telephone status call is set with the Court to discuss matters of service on Friday, December 6, 2019.  As Monday, December 9, 2019 is the last day for Plaintiffs to effectuate service under the Rules of Civil Procedure, Plaintiffs seek an order permitting Plaintiffs to extend the time allowed to effect service of process on Xu for 30 additional days, to January 8, 2020.


Respectfully submitted,


BY:     s/Dr. Ann Olivarius

Dr. Ann Olivarius
McALLISTER OLIVARIUS
63 Putnam Street
Saratoga Springs, New York 12866
Telephone: (518) 682-6802
E-mail: aolivarius@mcolaw.com

*Counsel for Plaintiffs*

# ATTACHMENT 1

**AFFIDAVIT OF TERRY J. LOWE**

STATE OF _Illinois_  )  Case No.:   2:19-cv-02242-CSB-EIL
                     )
COUNTY OF _Champaign_  )

I, Terry J. Lowe, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

1. I am a private detective in the State of Illinois, where I have been licensed since December 5, 1994. My license number is 115001175.

2. On August 21, 2019, I was engaged by McAllister Olivarius to locate Gary Gang Xu at ███████ ███████, Champaign, IL 61822 ("the house"). I received several photographs of Xu so that I could confirm his identity. True and correct copies of these photographs are attached as Exhibit 1.

3. On September 3, 2019, I knocked on the front door of the house. Xu opened the door to greet me.

4. Based on the photographs I received, I am certain that the man who opened the door was Xu.

_[signature]_
Terry J. Lowe

Sworn to before me this _5th_ day of _November_, 2019

_[signature]_
Notary Public

DONNA A BROWN
Official Seal
Notary Public · State of Illinois
My Commission Expires Jun 3, 2023

1

# EXHIBIT 1







# ATTACHMENT 2



**1 OF 1 RECORD(S)**

# Deed Record For CHAMPAIGN County

## Buyer Information
**Original Name:** LIU , EVA CHIAWEN(DIVORCED)

**Standardized Name:** LIU, EVA CHIAWEN

**Original Address:** ███████████████
CHAMPAIGN, IL 61822-0000
**Standardized Address:** ███████████████
CHAMPAIGN, IL 61822-3520
CHAMPAIGN COUNTY

## Seller Information
**Original Name:** XU , GARY(DIVORCED)

**Standardized Name:** XU, GARY

**Original Address::** -0000

## Property Information
**Original Property Address:** ███████████████
CHAMPAIGN, IL 61822-0000
**Standardized Property Address:** ███████████████
CHAMPAIGN, IL 61822-3520
CHAMPAIGN COUNTY
**Data Source:** B

## Lender Information
**Address::** 00000

## Legal Information
**Assessor's Parcel Number:** 03-20-20-422-016
**Recording Date:** 07/16/2018
**Contract Date:** 07/13/2018
**Document Number:** 2018R12110
**Deed Type:** QUIT CLAIM DEED
**Legal Description:** LOT NUMBER: 324; SUBDIVISION: IRONWOOTLWEST III SUBDIVISION;
CITY/MUNI/TWNSP: CHAMPAIGN; MAP: DOC2002R8271

## Sales Information
**Sales Price Description:** TRANSFER TAX ON DOCUMENT INDICATED AS EXEMPT

## Mortgage Information
**Mortgage Type:** PURCHASE MONEY
**Title Company:** ATTORNEY

**Important:**    The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: I have no permissible use
Your GLBA Permissible Use: I have no permissible use

Copyright © 2019 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**

# ATTACHMENT 3

## United States District Court
## Central District of Illinois
## Urbana Division

**Xingjian Sun and Xing Zhao and Ao Wang,**
      Plaintiff(s),

**CASE NO.: 2:19 CV 2242**

vs.

**Gang Gary Xu,**
      Defendant(s).



For:
**McAllister Olivarius**

## AFFIDAVIT OF NON-SERVICE

Received by Meador Investigations, to be served on:

<u>**Gang Gary Xu,**</u> ▆▆▆▆▆▆▆▆▆▆ <u>**Champaign, IL 61822,**</u>

I, <u>**Carrington L Bell**</u>, being first duly sworn on oath, depose and say the following:

**I DISCONTINUED ATTEMPTING SERVICE**, on <u>**September 29, 2019 at 9:25 PM**</u>, the within

<u>**Alias Summons, Certificate Of Interest, Appearance Of Counsel for L Trevis, Appearance Of Counsel for A Wilkinson, Appearance Of Counsel for P. Hughes, Appearance Of Counsel for J. McAllister, Appearance Of Counsel for A. Olivarius, Civil Cover Sheet, Counsel For Plaintiffs and Complaint**</u> on Gang Gary Xu for the reason(s) detailed in the comments below:

Attempts:

| | | |
|---|---|---|
| 09/18/2019 1:15 PM | ▆▆▆▆ Champaign, IL 61822 | NO ANSWER. NO VEHICLES PRESENT. NO NOISES OR SIGNS OF LIFE FROM INSIDE THE RESIDENCE. THE PROPERTY DOES HAVE A VIDEO DOORBELL. |
| 09/18/2019 3:23 PM | ▆▆▆▆ Champaign, IL 61822 | NO ANSWER. NO VEHICLES PRESENT. NO SIGNS OF LIFE INSIDE RESIDENCE. A FLIER LEFT BY A DOOR TO DOOR SALESMAN IS NOW ON THE DOOR AS WELL AS ON THE DOORS OF NEIGHBORING PROPERTIES. |
| 09/18/2019 6:42 PM | ▆▆▆▆ Champaign, IL 61822 | NO ANSWER. NO VISIBLE VEHICLES, NO NOISES, NO LIGHTS ON. FLIER FROM SALESPEOPLE REMAINS IN THE DOOR WHILE MOST OTHER NEIGHBORS REMOVED THEM. ONE NEIGHBOR AND HER HUSBAND PROVIDED THEY HAD NOT SEEN ANYONE AT THE HOUSE IN OVER A MONTH. THEY SAID THERE ARE USUALLY VISIBLE VEHICLES AT THE PROPERTY. A DIFFERENT NEIGHBOR DIRECTLY NEXT DOOR PROVIDED HE HADN'T SEEN THE DEFENDANT AT THE PROPERTY FOR YEARS, BUT HE MAY HAVE BEEN PRESENT ONE DAY IN THE LAST MONTH (HE DIDN'T SEE THE DEFENDANT'S FACE). THIS NEIGHBOR STATED HE HASN'T SEEN ANYONE AT THE HOUSE FOR AT LEAST A WEEK. BOTH NEIGHBORS PROVIDED IN THE PAST THE PEOPLE AT THE HOUSE HAVE BEEN THERE AND GONE AT RANDOM. |
| 09/24/2019 1:22 PM | ▆▆▆▆ Champaign, IL 61822 | NO ANSWER. NOTICE STILL REMAINS ON THE DOOR AFTER ALMOST A WEEK. PROPERTY VISIBLE FROM THE FRONT DOOR SUCH AS DINING ROOM CHAIRS APPEAR TO BE UNTOUCHED. NO CHANGE IN THE PROPERTY IN A WEEK. |
| 09/29/2019 6:03 PM | ▆▆▆▆ Champaign, IL 61822 | SUBJECT NO LONGER RESIDES AT THE PROVIDED ADDRESS (MVD) PER OCCUPANT. OCCUPANT WAS AN ASIAN FEMALE APPROXIMATELY 14-24 YEARS OLD. OCCUPANT STATED THE DEFENDANT DOES NOT LIVE HERE. INVESTIGATOR ASKED IF SHE COULD PROVIDE A FORWARDING ADDRESS AND SHE STATED SHE WAS NOT SURE OF THE ADDRESS BUT THAT HE WAS LIVING IN CHINA. |

Comments: <u>**Ruled out provided address. Database search provided no newer information.**</u>

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

SERVED BY: 

Process Server Number: 129-414781
Meador Investigations
PO Box 157
Lincoln, IL 62656
217.732.1585
IL Lic#117-001077

Signed and sworn to before me on
this **30th day of September, 2019**.

NotaryPublic

*370870*

"OFFICIAL SEAL"
ROBIN BARTON
Notary Public, State of Illinois
My Commission Expires 4/4/2020

# ATTACHMENT 4

## AFFIDAVIT OF HALEY STRATTON

STATE OF Illinois                          )
                                           )        Case No.:    2:19-cv-02242-CSB-EIL
COUNTY OF Sangamon                         )

I, Haley Stratton, the undersigned, being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

1.  I am an employee of Clutter Investigations, Inc. d/b/a Courthouse Courier ("my agency"), a private detective agency in Springfield, IL. We operate under the private detective license of William R. Clutter (License No. 115001630).

2.  On October 2, 2019, my agency was engaged by McAllister Olivarius to perform a skip trace to locate Gary Gang Xu. Skip traces examine publicly available information-- credit reports, public records databases, loan applications, criminal background checks, courthouse records, utility bills, etc. -- to determine a person's whereabouts. The skip trace yielded no current results for Xu. A true and correct copy of the skip trace results are attached as Exhibit 1.

3.  On October 7, 2019, my agency submitted a request to the United States Postal Service ("USPS") to determine whether Xu had set up a forwarding address for mail sent to his former residence at ▮▮▮▮▮▮▮▮▮▮ Champaign, IL 61822. As of the date of my signature, USPS has not provided a forwarding address for Xu. A true and correct copy of the Post Office Request which was mailed to the Post Office are attached as Exhibit 2.

4.  On October 31, 2019, I, Haley Stratton, called the Post Office in Champaign, IL at 217-352-2167. I explained that I had mailed a Post Office request on October 7, 2019, and I never received a response back. Post Office worker, Terrance Williams, asked me for the address and the individuals name who resided at that address so he could check if the individual (Gary Gang Xu) left a forwarding address. Terrance Williams checked the Post Office's system. The system did not show a change of address on file for Gary Gang Xu.

Haley Stratton, Investigative Assistant

Sworn to before me this 31st day of October , 2019

Michelle L. Tomlin
Notary Public

OFFICIAL SEAL
**MICHELLE L. TOMLIN**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-26-2021

# EXHIBIT 1



# CLUTTER INVESTIGATIONS

1 West Old State Capitol Plaza ♦ Ste 818 ♦ Springfield, IL 62701
Email: clutterinvestigations@gmail.com ♦ www.clutterinvestigations.com
Phone (217)528-5997 ♦ IL Private Detective Agency Lic. #117-001206

**296-54-XXXX**

**GANG XU**

Other Name(s) / Alias(es)

GARY XU
GANG G XU
GARY G XU
GANG GARY XU

**06/XX/1968 (51)**

| | |
|---|---|
| CHAMPAIGN, IL 61822 | (05/19/2006-Current) |
| CHAMPAIGN, IL 61821 | (05/01/2001-04/26/2006) |
| NEW YORK, NY, | (09/01/1997-12/31/2007) |
| GREAT BARRINGTON, MA, 01230 | (08/01/1999-12/31/2001) |
| SAVOY, IL 61874 | (06/01/2001-06/04/2001) |
| CORALVILLE, IA, 52241 | (11/01/1995-04/16/2001) |
| ALVILLE, IA 52241 | (05/01/1995) |
| COLUMBUS, OH, 43201 | (08/01/1993-02/01/1995) |
| IOWA CITY, IA, 52242 | (10/01/1994-12/31/1994) |
| COLUMBUS OH 43202 | (01/01/1994) |
| COLUMBUS, OH, 43201 | (03/01/1993) |

C:217-898-4003 (06/21/2019)
R:217-531-9434 (04/07/2014)
R:217-595-6278 (03/23/2011)

EXHIBIT 2

The Postal Service does not have a database with the current address of all of its customers. It doesn't need that information since it delivers to addresses, rather than to individuals. However, if a customer moves and files a change of address order, that information is kept at the post office serving the last known address. The disclosure of customer name and address information is contained at section 265.6(d) of our regulations (39 CFR 265), which can be accessed from the FOIA home page. Change of address information about individuals or families is available only to government agency requesters, to persons needing the information to serve legal process who meet certain requirements, or pursuant to a court order.

The Postal Service suggests the following format to be used in conjunction with regulations at 39 CFR 265.6(d)(4)(ii) by persons empowered by law to serve legal process when requesting change of address or boxholder information.

The request should be forwarded to the Postmaster of the last known address.

Postmaster
2001 N Mattis Ave, Champaign, IL 61821
City, State, ZIP Code

Date 10/7/2019

**REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS**

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: Gang Xu

Address ███████████████ Champaign, IL 61822

Note: Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known and Post Office box address are required for boxholder information. The following information is provided in accordance with 39 CFR 265.6(d)(4)(ii). There is no fee charged for change of address or boxholder information.

1. Capacity of requester (process server, attorney, party representing self): process server
2. Statute or regulation that empowers me to serve process (not required for attorney's or a party acting pro se—except a corporation acting pro se must cite statute: CH 110 Sec 2-202 IL Revised Statutes
3. The names of all known parties to the litigation: Sun et al. vs Gang Xy
4. The court in which the case has been or will be heard: US District Court for the Central District of Illinois, Urbana Division
5. The docket or other identifying number if one has been issued: 2:19-CV-02242-CSB-EIL
6. The capacity in which this individual is to be served (defendant or witness) Defendant/Respondent

WARNING: THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature Halley Stratton

Clutter Investigations 1 West Old State Capitol Plaza, Ste 818
Address

Haley Stratton
Printed Name

Springfield, IL 62701
City, State, ZIP Code

**FOR POST OFFICE USE ONLY**

_____ No change of address on file
_____ Moved and left no forwarding address
_____ No such address

New Address or Boxholder Name and Street Address
_____
_____