UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

XINGJIAN SUN, XING ZHAO,         )
and AO WANG,                     )
    Plaintiffs,                  )
  v.                             )   Case No.: 2:19-cv-2242
GARY GANG XU,                    )
    Defendant.                   )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record:

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

      Defendant, Gary Gang Xu

Date: December 24, 2019

BY: s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116 IL
Attorney for Plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
E-mails: jim.martinkus@erwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dr. J. F.O. McAllister<br>Alison Wilkinson<br>McALLISTER OLIVARIUS<br>jmcallister@mcolaw.com<br>awilkinson@mcolaw.com | Jonathan Little<br>Jessica Wegg<br>SAEED AND LITTLE, LLP<br>jon@sllawfirm.com<br>jessica@sllawfirm.com |
| Dr. Ann Olivarius<br>McALLISTER OLIVARIUS<br>aolivarius@mcolaw.com | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:     None

BY: s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116 IL
Attorney for Plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign IL 61824-1098
(217) 351-4040
FAX 217-351-4314
E-mails: jim.martinkus@erwinlaw.com