UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

XINGJIAN SUN, XING ZHAO, )
and AO WANG, )
   Plaintiffs, )
  v. ) Case No.: 2:19-cv-2242
GARY GANG XU, )
   Defendant. )

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

    The defendant, Gary Gang Xu, by his attorney, James A. Martinkus of Erwin, Martinkus & Cole, Ltd., states the following for his Motion for Extension of Time to File his Response to the Complaint:

1. The defendant was served vie email with summons and copy of the 87 page, 10 Count, 262 paragraph, Complaint on December 10, 2019.

2. The defendant retained his counsel on December 16, 2019.

3. The defendant's response (21 days later) is due on Tuesday, December 31, 2019.

4. The defendant has contacted his attorney via email to inform his attorney that the defendant is traveling in China and will not return to the United States until December 30 or 31, 2019.

5. The defendant has been in China for weeks and has not been able to have either a face-to-face or telephone conversation with his attorney to discuss the allegations raised in the Complaint. Due to the time difference between China and Illinois, email conversations are difficult to conduct on a real-time basis.

6. The allegations of the Complaint reference actions taking place over many years and complicated causes of action by multiple plaintiffs.

7. This is the defendant's first request for extension of time.

8. In addition thereto, defendant's counsel has had some significant health issues within the last 30 days which has resulted in his hospitalization over the weekend of

December 7-8, 2019, at Carle Hospital in Urbana, Illinois and OSF St. Mary's Medical Center in Urbana, Illinois on December 13-15, 2019.

9. In addition thereto, defendant's attorney is scheduled for a radiographic stress test on January 2, 2020 and heart ablation surgery on January 3, 2020. As a result of the medical issues, the defendant's counsel has not been able to spend full time in the office to attend to his multiple legal obligations.

10. The defendant's counsel contacted the plaintiff's counsel, Jonathan Little, who indicated he had no objection to the Motion and an extension of time to respond until January 21, 2020.

11. The defendant requests an extension of time of 21 days from Tuesday December 31, 2019, to wit; January 21, 2020, to file his response to the Complaint.

WHEREFORE, the defendant, Gary Gang Xu, requests an extension of time of 21 days, until January 21, 2020, to file his response to the Complaint, and for all other just and equitable relief.

s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116 IL
Attorney for Plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dr. J. F.O. McAllister<br>Alison Wilkinson<br>McALLISTER OLIVARIUS<br>jmcallister@mcolaw.com<br>awilkinson@mcolaw.com | Jonathan Little<br>Jessica Wegg<br>SAEED AND LITTLE, LLP<br>jon@sllawfirm.com<br>jessica@sllawfirm.com |
| Dr. Ann Olivarius<br>McALLISTER OLIVARIUS<br>aolivarius@mcolaw.com | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:     None

BY: s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116 IL
Attorney for Plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
E-mails: jim.martinkus@erwinlaw.com