IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| XINGJIAN SUN, XING ZHAO, and AO WANG, | Case No.: 2:19-cv-02242-CSB-EIL |
| Plaintiffs/Counter-Defendants | |
| v. | |
| GARY GANG XU, | |
| Defendant/Counter-Plaintiff | |

## MOTION TO DISMISS COUNTER-PLAINTIFF'S COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

1. Counter-Defendants Xingjian Sun, Xing Zhao, and Ao Wang (collectively, "Counter-Defendants"), by and through their undersigned attorneys, respectfully move this Court to dismiss the Counterclaims brought by Counter-Plaintiff Gary Xu ("Counter-Plaintiff"), through his attorney, in his Answer to the Complaint and Counterclaim filed January 21, 2020 (the "Counterclaims").

2. As detailed in the accompanying Memorandum of Law in Support of Counter-Defendants' Motion to Dismiss Counter-Plaintiff's Counterclaims Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Memorandum"), Counter-Plaintiff has failed to state any claims for which relief could be granted as his claims are subject to privilege and/or he fails to adequately allege each element of the claim.

3. Therefore, in view of the facts and the law as set forth in Counter-Defendants' accompanying Memorandum in support of this Motion, Counter-Defendants respectfully request that the Court dismiss the Counterclaims in their entirety.

Dated: February 6, 2020

        Respectfully submitted,

        BY:    s/ Dr. Ann Olivarius

        Dr. Ann Olivarius
        McALLISTER OLIVARIUS
        200 Park Avenue, Suite 1700
        New York, New York 10166
        Telephone: (518) 682-6802
        E-mail: aolivarius@mcolaw.com

        Dr. J.F.O. McAllister
        Alison Wilkinson
        Lee Trevis
        McALLISTER OLIVARIUS
        200 Park Avenue, Suite 1700
        New York, New York 10166
        Telephone: (518) 682-6802
        E-mails: jmcallister@mcolaw.com
        awilkinson@mcolaw.com
        ltrevis@mcolaw.com

        Jonathan Little
        ARDC # 6314350
        Jessica Wegg
        ARDC # 6301876
        SAEED AND LITTLE, LLP
        133 West Market Street, No. 189
        Indianapolis, Indiana 46204
        Telephone: (317) 721-9214
        Emails: jon@sllawfirm.com
        jessica@sllawfirm.com

        *Counsel for Plaintiffs/Counter-Defendants*