IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| XINGJIAN SUN, XING ZHAO, and AO WANG, </br></br>    Plaintiffs/Counter-Defendants,</br></br>v.</br></br>GARY GANG XU,</br></br>    Defendant/Counter-Plaintiff. | Case No.: 2:19-cv-02242-CSB-EIL |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule of the United States District Court for the Central District of Illinois 7.1(B)(4)(c), I hereby certify that the Memorandum Of Law In Support Of Counter-Defendants' Motion To Dismiss Counter-Plaintiff's Counterclaims Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (filed on February 6, 2020, docket entry no. 26) complies with the type volume limitation set forth in Rule 7.1(B)(4)(b)(1) because it contains 5715 words of proportionally spaced text and tables.

Dated: February 6, 2020

                                      Respectfully submitted,

                                      BY:    <u>s/ Alison Wilkinson</u>

                                      Alison Wilkinson
                                      McALLISTER OLIVARIUS
                                      200 Park Avenue, Suite 1700
                                      New York, New York 10166
                                      Telephone: (518) 682-6802
                                      E-mail: awilkinson@mcolaw.com

                                      *Counsel for Plaintiffs/Counter-Defendants*