IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| XINGJIAN SUN, XING ZHAO, and AO WANG ) ) ) Plaintiff, ) ) v. ) ) GARY GANG XU, ) ) Defendants. ) | Case No. 2:19-CV-2242-EIL |

**MOTION TO ALLOW DR. LYNN PONTON (PLAINTIFFS' EXPERT) TO TESTIFY REMOTELY**

Comes now, the Plaintiffs, by counsel, and respectfully request that the Court permit Dr. Ponton to testify via Zoom (or other video conferencing software) at the trial. In support of this motion, the Plaintiffs state as follows:

1. The jury trial has been scheduled for January 9, 2023-January 13, 2023.
2. Dr. Ponton is an expert witness for the Plaintiffs.
3. Dr. Ponton lives in California and has recently had COVID and RSV. She is still recovering at this point from RSV.
4. Her doctors have advised against traveling at this time, especially on planes.
5. Counsel plans to present her testimony live, via Zoom or other software as deemed appropriate by the Court.
6. Counsel for the Defendant does NOT object.

Wherefore, the Plaintiffs, by counsel, respectfully request that the Court permit Dr. Ponton, be permitted to testify via Zoom (or other viable software) at the trial and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ *Annemarie Alonso*
Annemarie Alonso
Jonathan Little
Saeed & Little, LLP
133 W. Market St. #189
Indianapolis, IN 46204
317-721-9214
annie@sllawfirm.com
jon@sllawfirm.com

Dr. Ann Olivarius
MCALLISTER OLIVARIUS
200 Park Avenue, Suite 1700
New York, New York 10166
aolivarius@mcolaw.com

*Attorneys for Plaintiffs*

### Certificate of Service

I hereby certify that the foregoing has been served upon opposing counsel of record via the Court's ECF service on this 14th day of December, 2022.

/s/ *Annemarie Alonso*
Annemarie Alonso