## Verdict Form A

1. Has Plaintiff Xingjian Sun proved by a preponderance of the evidence that the Defendant Gary Xu committed sex trafficking?

   Yes ___  No _X_

2. If yes, we the jury assess compensatory damages in the amount of $_____.

3. If yes, do you assess punitive damages?

   Yes ___  No ___

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this _12_ day of January, 2023.

s/Foreperson                        1-12-2023        s/Juror
_____   _____   _____
Foreperson                          Date

s/Juror                                             s/Juror
_____                       _____

s/Juror                                             s/Juror
_____                       _____

s/Juror                                             s/Juror
_____                       _____

s/Juror
_____

## Verdict Form B

1. Has Plaintiff Xingjian Sun proved by a preponderance of the evidence that the Defendant Gary Xu committed forced labor?

   Yes \_\_\_\_   No __X__

2. If yes, we the jury assess compensatory damages in the amount of $_____.

3. If yes, do you assess punitive damages?
   Yes \_\_\_   No \_\_\_

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this _12_ day of January, 2023.

s/Foreperson     1-12-2023        s/Juror
————————————————   ————————————————
Foreperson           Date

s/Juror                            s/Juror
————————————————   ————————————————

s/Juror                            s/Juror
————————————————   ————————————————

s/Juror                            s/Juror
————————————————   ————————————————

s/Juror
————————————————

50

## Verdict Form C

1. Has Plaintiff Xingjian Sun proved by a preponderance of the evidence that the Defendant Gary Xu subjected her to gender-related violence?

   Yes ____   No __X__

2. If yes, we the jury assess compensatory damages in the amount of $_____.

3. If yes, do you assess punitive damages?

   Yes ____  No ____

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this __12__ day of January, 2023.

s/Foreperson                1-12-2023        s/Juror
_____     _____     _____
Foreperson                    Date

s/Juror                                     s/Juror
_____                         _____

s/Juror                                     s/Juror
_____                         _____

s/Juror                                     s/Juror
_____                         _____

s/Juror
_____                         _____

51

## Verdict Form D

1. Has Plaintiff Xingjian Sun proved by a preponderance of the evidence that the Defendant Gary Xu committed involuntary servitude?

   Yes ____    No __X__

2. If yes, we the jury assess compensatory damages in the amount of $_____.

3. If yes, do you assess punitive damages?
   Yes ___ No ___

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this 12 day of January, 2023.

s/Foreperson   1-12-2023   s/Juror
_____   _____
Foreperson        Date

s/Juror                    s/Juror
_____   _____

s/Juror                    s/Juror
_____   _____

s/Juror                    s/Juror
_____   _____

s/Juror
_____   _____

## Verdict Form E

1. Has Plaintiff Xing Zhao proved by a preponderance of the evidence that the Defendant Gary Xu subjected her to gender-related violence?

    Yes _____     No __X__

2. If yes, we the jury assess compensatory damages in the amount of $_____.

3. If yes, do you assess punitive damages?

    Yes ____   No ____

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this __12__ day of January, 2023.

s/Foreperson   1-12-2023    s/Juror

Foreperson      Date

s/Juror                        s/Juror

s/Juror                        s/Juror

s/Juror                        s/Juror

s/Juror

Verdict Form F

1. Has Counter Plaintiff Gary Xu proved by a preponderance of the evidence that the Counter Defendant Xingjian Sun intentionally inflicted emotional distress upon him?

   Yes  X      No ____

2. If yes, we the jury assess compensatory damages in the amount of $ 50,000 .

3. If yes, do you assess punitive damages?

   Yes ___  No ___

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this  12  day of January, 2023.

s/Foreperson       1-12-2023
_____
Foreperson         Date

s/Juror          s/Juror
s/Juror          s/Juror
s/Juror          s/Juror
s/Juror          s/Juror
s/Juror          _____

54

## Verdict Form G

1. Has Counter Plaintiff Gary Xu proved by a preponderance of the evidence that the Counter Defendant Xingjian Sun defamed him?

    Yes _X_    No _____

2. If yes, we the jury assess compensatory damages in the amount of $ _50,000_ .

3. If yes, do you assess punitive damages?

    Yes ___    No ___

4. If yes, we the jury assess punitive damages in the amount of $_____.

Dated this _12_ day of January, 2023.

s/Foreperson    1-12-2023
_____
Foreperson          Date

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

s/Juror
_____

55

## Verdict Form H

1. Has Counter Plaintiff Gary Xu proved by a preponderance of the evidence that the Counter Defendant Ao Wang intentionally inflicted emotional distress upon him?

   Yes  X       No _____

2. If yes, we the jury assess compensatory damages in the amount of $ 400,000 .

3. If yes, do you assess punitive damages?

   Yes  X   No ___

4. If yes, we the jury assess punitive damages in the amount of $ 300,000.

Dated this 12 day of January, 2023.

s/Foreperson        1-12-2023        s/Juror
Foreperson              Date
s/Juror                              s/Juror

s/Juror                              s/Juror

s/Juror                              s/Juror

s/Juror

56