E-FILED
Thursday, 09 February, 2023  10:49:53 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| XINGJIAN SUN, XING ZHAO, | ) | |
| and AO WANG, | ) | |
| Plaintiffs/Counter-defendants, | ) | |
| v. | ) | Case No.: 2:19-cv-2242 |
| GARY GANG XU, | ) | |
| Defendant/Counter-plaintiff. | ) | |

**<u>DEFENDANT'S BILL OF COSTS</u>**

The defendant, Gary Gang Xu, by his attorney, James A. Martinkus of Erwin, Martinkus & Cole, Ltd., states the following for his Bill of Costs to be taxed against the plaintiffs:

1.  The plaintiffs filed their 10 count Complaint against the defendant on September 10, 2019.

2.  On January 21, 2020, the defendant filed his Answer and his 4 count Counterclaim against the plaintiffs.

3.  Both parties filed Motions for Summary Judgment; the defendant moved for Summary Judgment against all 10 counts against him; the plaintiffs moved for Summary Judgment on 3 of defendant's 4 counter-claims against them.

4.  This Court entered Judgment against plaintiff Sun on Counts IV, and VIII; against plaintiff Zhao on Counts II, IV, VII, and VIII; and against plaintiff Wang on Count IX. This Court further entered Judgment against defendant on Count III of his Counter-claim.

5.  This matter proceeded to jury trial on the remaining counts on January 9, 2023.

6.  The Jury returned its verdicts on January 12, 2023 and found against the plaintiffs on all claims and found in favor of the defendant on his three remaining Counter-claims against the plaintiffs. The jury assessed $50,000 compensatory damages against plaintiff Sun on each of the two counter-claims against her and $400,000

compensatory damages against plaintiff Wang on the counter-claim against him. The jury further assessed $300,000 punitive damages against plaintiff Wang.

7.   On January 18, 2023, the Clerk entered Judgment of $100,000 against plaintiff Sun, and $400,000 compensatory damages and $300,000 punitive damages against plaintiff Wang.

8.   The defendant is the prevailing party for purposes of awarding costs under Fed. R. Civ. P. 54,  28 USC § 1920 and 28 USC §1821.

9.   The plaintiff took the deposition of each of the plaintiffs' three expert witnesses via remote means and paid each expert witness the fee he or she charged for the time spent at the deposition and in preparation. While 28 USC § 1920 provides that fees for witnesses may be taxed as costs, the Seventh Circuit has determined that only the statutory per diem witness fee set out in 28 USC §1821 may be recovered by the prevailing party. See *Chicago Coll. of Osteopathic Med. v. George A. Fuller Co.*, 801 F.2d 908, 911, 5 Fed. R. Serv. 3d 1242 (7th Cir. 1986) and *Adams v. Carlson*, 521 F.2d 168, 172 (7th Cir. 1975). That per diem witness fee set out in 28 USC §1821 provides that a witness be paid an attendance fee of $40 per day for each day's attendance at a deposition. Accordingly, the defendant has included the statutory attendance fee of $40 for each expert in its itemization.

10. The defendant requests the Clerk of Court tax as costs to the plaintiffs the following costs necessarily incurred in the defense of the claims against him and in favor of his counter-claims.

11. All of the below-listed costs have been paid by the defendant or his counsel and either have or will, on the regular billing cycle, be billed to the defendant.

12. Form AO133 (with the Declaration of defendant's counsel) is attached to this Bill along with an itemization and documentation for the requested costs in all categories.

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case: $14,229.40

Fees for witnesses: $200.00

Fees for exemplification and the costs of making copies of material where the copies are necessarily obtained for use in the case: $764.00

**Total: $15,193.40**

WHEREFORE, the defendant, Gary Gang Xu, requests the above amounts be taxed as costs against the plaintiffs.

BY: s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116 IL
Attorney for Defendant/Counter-plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and are registered as CM/ECF participants in this matter, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:          None

BY: s/**James A. Martinkus**
James A. Martinkus Bar Number: 21116 IL
Attorney for Defendant/Counter-plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
jim.martinkus@erwinlaw.com

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
<br>Date

the Clerk is requested to tax the following as costs:

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .   _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . .   _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   _____

TOTAL   $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❏   Electronic service          ❏   First class mail, postage prepaid

❏   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____          Date: _____
<br>Name of Claiming Party

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
<br>Clerk of Court                       Deputy Clerk                       Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **TOTAL** | | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

### RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

### RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Xu, Gary 037427-01 | | | |
| 2 | Federal Complaint Defense | | | |
| 3 | | | | |
| 4 | Date | Amount | Memo | |
| 5 | FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS | | | |
| 6 | 12/22/2020 | $    623.00 | Fillenwarth Reporting Service Deposition transcripts | paid credit card |
| 7 | 3/25/2021 | $    168.50 | Fillenwarth Reporting Service Deposition transcripts | |
| 8 | 4/6/2021 | $    742.20 | Fillenwarth Reporting Service Deposition Transcript | paid credit card |
| 9 | 4/6/2021 | $    227.50 | Indiana Deposition Services, LLC deposition transcript | |
| 10 | 4/19/2021 | $    954.85 | Area Wide Rept Service Deposition transcript | |
| 11 | 5/4/2021 | $    563.30 | Fillenwarth Reporting Service Deposition transcript | paid credit card |
| 12 | 5/6/2021 | $  1,050.00 | Area Wide Rept Service Disposition transcript | |
| 13 | 5/6/2021 | $    660.95 | Area Wide Rept Service Deposition Transcript | |
| 14 | 5/24/2021 | $    100.00 | J-Cut Video Ltd Deposition fee | |
| 15 | 5/27/2021 | $    518.90 | Area Wide Rept Service Deposition transcript | |
| 16 | 5/28/2021 | $    251.75 | Fillenworth Reporting Service Deposition transcript | |
| 17 | 6/24/2021 | $    484.95 | Fillenwarth Reporting Service Deposition transcript | |
| 18 | 7/13/2021 | $    385.65 | Fillenworth Reporting Service Deposition Transcript | |
| 19 | 7/20/2021 | $    543.80 | Fillenwarth Reporting Service Deposition Transcript | |
| 20 | 8/30/2021 | $  2,171.85 | Fillenwarth Reporting Service Deposition transcript | |
| 21 | 9/7/2021 | $    183.00 | Fillenworth Reporting Service Deposition Transcript | |
| 22 | 10/22/2021 | $    481.45 | Fillenworth Reporting Service Deposition transcript | |
| 23 | 11/11/2021 | $    402.10 | Fillenworth Reporting Service Deposition transcript | |
| 24 | 1/10/2022 | $  1,187.10 | Area Wide Rept Service Deposition Transcript | |
| 25 | 2/14/2022 | $    320.80 | Area Wide Rept Service Deposition Transcript | |
| 26 | 2/28/2022 | $  1,784.50 | Area Wide Rept Service Deposition Transcript | |
| 27 | 5/26/2022 | $    245.95 | Area Wide Rept Service Deposition Transcript | |
| 28 | 12/21/2022 | $    75.60 | Lisa Cosimini Final Pre-trial hearing transcript | |
| 29 | 2/7/2023 | $    101.70 | Lisa Cosimini Trial transcript | |
| 30 | Total | $  14,229.40 | | |
| 31 | | | | |
| 32 | FEES FOR WITNESSES | | | |
| 33 | 3/30/2022 | $    40.00 | James W. Hay Subpoena fee | |
| 34 | 7/26/2022 | $    40.00 | Barzman ForensicsExpert fees Xu jam | |
| 35 | 7/26/2022 | $    40.00 | Dr. Lynn PontonExpert fees Xu jam | |
| 36 | 7/26/2022 | $    40.00 | Anthony BeckerExpert fees Xu jam | |
| 37 | 12/12/2022 | $    40.00 | Police Officer McAllister Subpoena | |
| 38 | TOTAL | $    200.00 | | |
| 39 | | | | |
| 40 | FEES FOR MAKING COPIES OF MATERIALS | | | |
| 41 | 1/18/2022 | $    439.00 | Verisma copy of Sun Medical records | paid credit card |
| 42 | 4/13/2022 | $    325.00 | CIOX copy of Sun medical records | |
| 43 | TOTAL | $    764.00 | | |
| 44 | | | | |
| 45 | TOTAL | $  15,193.40 | | |
| 46 | | | | |

# Fillenwarth Reporting Service

**INVOICE**

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO.  20-4466865

Invoice # 7146
Date: 12/18/20

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 12/28/20**

| | |
|---|---:|
| For providing you copies of the depositions of Troy Xu (12/1/20) and Eva Liu (12/8/20) taken by Jon Little. | $623.00 |
| *Xingjian Sun, et al. vs. Gary Gang Xu* | |
| *(Paid via PayPay on 12/17/20.)* | |
| **TOTAL** | **$623.00** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

# Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:*  **Valerie Fillenwarth, RPR**

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO.  20-4466865

Invoice # 8024
Date: 02/01/21

037427 - 01

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 02/11/21**

| | |
|---|---:|
| | $168.50 |
| For providing you with a copy of the deposition of Lydia Feng, taken on 1/26/21. | |
| *Xingjian Sun, et al., vs. Gary Gang Xu* | |
| **TOTAL** | **$168.50** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

# ERWIN, MARTINKUS & COLE, LTD.
Fillenworth Reporting Service

74547

**74547**

VENDOR:                                                                                          CHECK NO:

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | 03742701 | 03/25/2021 | 168.50 | Service fee Xu jam mp | |

PRODUCT DLM228     USE WITH 91500 ENVELOPE     Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop     PRINTED IN U.S.A.

A

4599665100
DB70CC  CHIKDK05  10/20/2020 12:39  -49-

# Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO.  20-4466865

Invoice #  8065
Date: 03/31/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 04/10/21**

|  | $742.20 |
|---|---|
| For providing you with a copy of the deposition of Gary Gang Xu taken on 3/15/21. | |
| *Xingjian Sun, et al., vs. Gary Gang Xu* | |
| | pd 4/1/21 no paypal rf |
| **TOTAL** | **$742.20** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

## INDIANA DEPOSITION SERVICES, LLC

www.indeposerve.com
3003 Stamm Ave
Indianapolis, IN 46240-3560          EIN: 27-0859505                    Invoice Date:    4/1/2021

**Invoice #:** 3225
**Due Date:** 5/1/2021

IndianaCLVS@gmail.com

**Bill To:**                                         Your Reference:    Gary Xu Video Deposition
Carolyn Pitts
Erwin, Martinkus & Cole, LTD
411 W. University Ave
Champaign, IL 61820

| Date | Item | Description | Hours/Qty | Amount |
|------|------|-------------|-----------|--------|
| 4/1/2021 | Duplication | Run a duplicate copy of the deposition of Gary Xu taken March 15, 2021. | 6.5 | 227.50 |
| 4/1/2021 | | The video file will be uploaded  today to Hightail (like Dropbox) and you will be able to download it. From there, you may put it on a flash drive, share on your network, etc.<br>It may take as long as 30 minutes to 1 hour to download depending on your network speed. It will arrive in your download directory.<br>Payment may by check and mailed.. | | |

Thank you for your business.

|  | **Total** | **$227.50** |
|--|-----------|-------------|

Terms          Net 30

|  | **Balance Due** | **$227.50** |
|--|-----------------|-------------|

ERWIN, MARTINKUS, & COLE LTD.
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

64510

70-256/711

DATE April 6, 2021

PAY
TO THE
ORDER OF  Indiana Deposition Services, LLC          $   227.50

Two Hundred Twenty-seven dollars and 50/100----------------------------------------DOLLARS

**Busey**BANK™
busey.com

FOR  #037427-01 Xu, Gary, Invoice #3225

⑆064510⑆

MP

2:19-cv-02242-EJL    # 137    Page 13 of 77

PD

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119

**AW**
**REPORTING SERVICE**

| INVOICE: #125791 |
| DATE: 4/12/21 |

**Bill To:**

Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name: Sun v. XU                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|------------------------------|----------|-----------|
| 3/26/21 | Ao Wang | Single Camera Shoot | 1  Hour | $225.00 |
| | Ao Wang | Single Camera Shoot | 2  Hours | $200.00 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | BALANCE DUE 5/12/2021 | $425.00 |

Thank You For Choosing Area Wide Reporting Service



Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079   (217) 356-5119

INVOICE: #125764
DATE: 4/7/21

**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign IL 61820

Case Name: Sun v. XU

Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|---|---|---|---|---|
| 3/26/21 | | Attendance | 4 hours | $140.00 |
| | Ao Wang | Transcript (orig) | 113 pages | $389.85 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges.

| BALANCE DUE 5/7/2021 | $529.85 |
|---|---|

Thank You For Choosing Area Wide Reporting Service



ERWIN, MARTINKUS, & COLE LTD
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

64540

70-256/719

DATE  April 14, 2021

PAY
TO THE
ORDER OF  Area Wide Reporting Service

Nine Hundred Fifty-Four dollars and 85/100—————————————————

$ 954.85

DOLLARS

🏦BuseyBANK™
busey.com

FOR Deposition fees - #037427-01 Gary Xu

⑈064540⑈

# Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8078
Date: 04/28/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 05/08/21**

| | |
|---|---:|
| | $563.30 |
| For providing you with a copy of the deposition of Professor Robert Tierney,  taken on 4/19/21. | |
| *Xingjian Sun, et al., vs. Gary Gang Xu* | |
| **TOTAL** | **$563.30** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**



Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119

**INVOICE: #125905**
**DATE: 4/27/21**

PD
5/5/20

**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign IL 61820

Case Name: Sun v. XU                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|-------------------------------|----------|------------|
| 4/5/21 | Xing Zhao | Single Camera Shoot | 1 Hour | $225.00 |
| | Xing Zhao | Single Camera Shoot | 3 Hours | $300.00 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS: Accounts over 45 days are subject to service charges. | **BALANCE DUE 5/27/2021** | **$525.00**

Thank You For Choosing Area Wide Reporting Service

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119



**INVOICE: # 125906**
**DATE: 4/27/21**

PP 5/5/20

**Bill To:**

Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign IL 61820

Case Name: Sun v. XU

Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | | Item Price |
|---|---|---|---|---|---|
| 4/9/21 | Xing Zhao | Single Camera Shoot | 1 | Hour | $225.00 |
| | Xing Zhao | Single Camera Shoot | 3 | Hours | $300.00 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | **BALANCE DUE 5/27/2021** | **$525.00**

Thank You For Choosing Area Wide Reporting Service



**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

64624

70-256/711

DATE May 4, 2021

PAY
TO THE
ORDER OF  Area Wide Reporting Service ----------------------------------------  $ 1,050.00

One Thousand Fifty dollars and no/100------------------------------------------------  DOLLARS

**Busey**BANK™
*busey.com*

FOR #125905 & #125906 - Gary Xu

⑂⑈0646 24⑈

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079   (217) 356-5119


**REPORTING SERVICE**

| INVOICE: # 125892 |
| DATE: 4/22/21 |

PD
5/6/21
Trust Acct

**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign IL 61820

Case Name: Sun v. XU                                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|------------------------------|----------|-----------|
| 4/5/21 | | Attendance | 4 hours | $140.00 |
| | Xing Zhao | Transcript (orig) | 151 pages | $520.95 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | BALANCE DUE 5/22/2021 | $660.95 |

Thank You For Choosing Area Wide Reporting Service

64629

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

70-256/711

DATE  May 5, 2021

PAY
TO THE
ORDER OF  Area Wide Reporting Service----------------------------------------------------  $ 660.95

Six Hundred Sixty dollars and 95/100----------------------------------------------------  DOLLARS

**Busey**BANK™
busey.com

FOR  Invoice #125892 - Gary Xu

⑈064629⑈

*Copy Pd 5/25/21*



## Invoice

Invoice Date:   21-May-21
Invoice #      JCV-210519-32AC1
Terms          Due upon receipt

**Bill To:**
Atty. James Martinkus
Erwin Martinkus & Cole
411 W. University Avenue
PO Box 1098
Champaign, IL 61824

**Ship To:**
Atty. James Martinkus
Erwin Martinkus & Cole
411 W. University Avenue
PO Box 1098
Champaign, IL 61824

**Reference**
*5/19/2021 Videotaped Deposition of Julianne Xu*
*Sun, et al v. Xu (Civil Action No. 2:19-cv-2242)*

| Service | Sub-Total |
|---|---|
| MP4s of deposition (1:39:30, 0:50:00, 1:18:30) | $100.00 |
|     billed @ $50/two hours of testimony | |

                      Total Amount Due     **$100.00**

Forward all payments to:
J-Cut Video Ltd.
6406 Southern Lakes Drive North
Indianapolis, IN  46237
Tax ID: 05-0616782

We appreciate your business!

jason@j-cutvideo.com
317-850-8711



64677

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

70-256/711

DATE May 24, 2021

PAY
TO THE
ORDER OF  J-Cut Video Ltd. ————————————————————————— $ 100.00

One hundred dollars and no/100 ————————————————————————— DOLLARS

**Busey**BANK™
busey.com

FOR deposition of Julianne Xu

⑈O6L677⑈



Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119

**REPORTING SERVICE**

| INVOICE: #126103 |
|------------------|
| DATE: 5/20/21 |



PD
5/27/21

**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name:  Sun v. Xu                           Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|-------------------------------|----------|------------|
| 4/9/21 | | Attendance | 2.5 hours | $87.50 |
| | Xing Zhao | Transcript (orig) | 112 pages | $386.40 |
| | | Attendance | 1 hour | $45.00 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges.

| BALANCE DUE 6/19/2021 | $518.90 |
|------------------------|---------|

Thank You For Choosing Area Wide Reporting Service

64701

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

70-256/711

DATE **May 26, 2021**

PAY
TO THE
ORDER OF Area Wide Reporting Service ————————————————————————— $ 518.90

Five Hundred Eighteen dollars and 90/100——————————————————————— DOLLARS

**Busey**BANK™
busey.com

FOR transcription fees #126103 - Gary Xu

⑆064701⑆

COPY PD 5/28/21

# Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8090
Date: 05/25/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 06/04/21**

|  |  |
|---|---|
|  | $251.75 |
| For providing you with a copy of the deposition of Rajeev Malik taken on 5/6/21. |  |
| *Sun vs. Xu* |  |
| **TOTAL** | **$251.75** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

64703

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE
CHAMPAIGN, IL 61820

70-256/711

DATE May 28, 2021

PAY
TO THE
ORDER OF   Fillenwarth Reporting Service ————————————————————————————   $  251.75

Two Hundred Fifty-one dollars and 75/100————————————————————————   DOLLARS

**Busey**BANK™
busey.com

FOR #8090 - Gary Xu

⑈064703⑈

*Copies PD 6/24/21*

# Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8102
Date: 06/07/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 06/17/21**

|  |  |
|---|---:|
| For providing you with a copy of the deposition of Juliann Xu taken on 5/19/21. | $484.95 |
| *Sun vs. Xu* |  |
| **TOTAL** | **$484.95** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

64758

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

70-256/711

DATE June 23, 2021

PAY
TO THE
ORDER OF  Fillenwarth Reporting Service -------------------------------------------------- $ 484.95

Four Hundred Eighty-four dollars and 95/100-------------------------------------------------- DOLLARS

Security Features
Included.
Details on Back.

**Busey**BANK™
busey.com

FOR  Transcripts - #8102 - Gary Xu

⑃"064758⑃"

*Copy*
*PD 7/7/21*

# Fillenwarth Reporting Service
**Owner/Court Reporter: Valerie Fillenwarth, RPR**

# INVOICE

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8118
Date: 06/25/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 07/05/21**

|  |  |
|---|---:|
|  | $385.65 |
| For providing you with a copy of the deposition of Barbara Wilson, taken on 6/8/21. |  |
| *Sun, et al., vs. Xu* |  |
| **TOTAL** | **$385.65** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

ERWIN, MARTINKUS, & COLE LTD
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

64803

70-256/711

DATE **July 7, 2021**

PAY
TO THE
ORDER OF  Fillenwarth Reporting Service ——————————————————————— $ 385.65

Three Hundred Eighty-Five dollars and 65/100 ————————————————————————— DOLLARS

**Busey**BANK™
busey.com

FOR Invoice #8118 - Gary Xu

⑈064803⑈

*Copy*

# Fillenwarth Reporting Service
**Owner/Court Reporter: Valerie Fillenwarth, RPR**

# INVOICE

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8124
Date: 07/06/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 07/16/21**

| | |
|---|---:|
| | $543.80 |
| For providing you with electronic copies of the depositions of Julian Parrott (6/9/21) and Jonathan Fineberg (6/14/21). | |
| *Sun vs. Xu* | |
| **TOTAL** | **$543.80** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

64840

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

70-256/711

DATE July 15, 2021

PAY
TO THE
ORDER OF Fillenwarth Reporting Service———————————————————— $ 543.80

Five Hundred Forty-Three dollars and 80/100———————————————————— DOLLARS

**Busey**BANK™
busey.com

FOR Gary Xu #8124

⑆064840⑆



PD
8/30

# Fillenwarth Reporting Service
*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

# INVOICE

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8166
Date: 08/20/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 08/30/21**

|  |  |
|---|---:|
|  | $321.60 |
| For providing you with copies of the depositions of Terri Weissman and Kai-Wing Chow, both taken on 7/30/21. | |
| *Sun vs. Xu* | |
| **TOTAL** | **$321.60** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

PD
8|30


# Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:* **Valerie Fillenwarth, RPR**

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8155
Date: 08/05/21

**Bill To:**

Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 08/15/21**

|  |  |
|---|---:|
|  | $482.20 |
| For providing you with copies of the depositions of Sharon Reynolds and Jeff Martin, taken on 7/23/21. |  |
| *Sun vs. Xu* |  |
| **TOTAL** | **$482.20** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**



# Fillenwarth Reporting Service

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

**Bill To:**

Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

# INVOICE

FEDERAL ID NO. 20-4466865

Invoice # 8144
Date: 07/23/21

**PAYMENT IS DUE ON OR BEFORE: 08/02/21**

| | |
|---|---:|
| | $307.40 |
| For providing you with a copy of the deposition of Wen Wu, taken on 7/14/21.    $146.00 | |
| For providing you with a copy of the deposition of Yun Song, taken on 7/21/21.    $161.40 | |
| *Sun vs. Xu* | |
| **TOTAL** | **$307.40** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

PD
8/30

# Fillenwarth Reporting Service

*Owner/Court Reporter: Valerie Fillenwarth, RPR*

# INVOICE

775 Hummingbird Lane
Whiteland, IN 46184
Phone (317) 345-6179
email: vfillenwarth@gmail.com
website: www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8139
Date: 07/23/21

**Bill To:**

Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 08/02/21**

|  |  |
|---|---:|
| For providing you with copies of the depositions of Elizabeth Oyler and Anne Burkus-Chasson, both taken on 7/9/21. | $310.85 |
| *Sun vs. Xu* | |
| **TOTAL** | **$310.85** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

## THANK YOU FOR YOUR BUSINESS!!



PP 8/30

# Fillenwarth Reporting Service

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

# INVOICE

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8149
Date: 07/28/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 08/07/21**

|  |  |
|---|---|
|  | $304.00 |
| For providing you with a copy of the deposition of Jean-Philippe Mathy, taken on 7/12/21. |  |
| *Sun vs. Xu* |  |
| **TOTAL** | **$304.00** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**



PD
8/30

# Fillenwarth Reporting Service
*Owner/Court Reporter: Valerie Fillenwarth, RPR*

# INVOICE

775 Hummingbird Lane
Whiteland, IN 46184
Phone (317) 345-6179
email: vfillenwarth@gmail.com
website: www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8158
Date: 08/10/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 08/20/21**

|  |  |
|---|---:|
|  | $445.80 |
| For providing you with a copy of the deposition of Kaamilyah Abdullah-Span, taken on 7/19/21. |  |
| *Sun vs. Xu* |  |
| **TOTAL** | **$445.80** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

## THANK YOU FOR YOUR BUSINESS!!

Xu, Gary

**ERWIN, MARTINKUS, & COLE LTD**
CLIENT TRUST FUND
411 W UNIVERSITY AVE
CHAMPAIGN, IL 61820

64982

70-256/711

DATE August 30, 2021

PAY
TO THE
ORDER OF Fillenwarth Reporting Service ----------------------------------------- $ 2,171.85

Two Thousand One Hundred Seventy-one dollars and 85/100 ---------------------- DOLLARS

**Busey**BANK™
busey.com

FOR deposition fees - Gary Xu

⑂O64982⑂



**INVOICE**

## Fillenwarth Reporting Service
*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8172
Date: 08/30/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 09/09/21**

|  |  |
|---|---|
|  | $183.00 |
| For providing you with a copy of the deposition of Julie Misa, taken on 8/13/21. | |
| *Sun vs. Xu* | |
| **TOTAL** | **$183.00** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

65002

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE  September 2, 2021

PAY
TO THE
ORDER OF  Fillenwarth Reporting Service ----------------------------------------  $  183.00

One Hundred Eighty-Three dollars and no/100------------------------------------- DOLLARS

**Busey**BANK™
busey.com

FOR  Invoice #8172

⑈06500⑈

PD 10/21/21

# Fillenwarth Reporting Service

*Owner/Court Reporter: Valerie Fillenwarth, RPR*

# INVOICE

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8198
Date: 10/18/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 10/28/21**

| | |
|---|---:|
| | $481.45 |
| For providing you with a copy of the deposition of Wayland Morgan, taken on 10/11/21. | |
| *Sun vs. Xu* | |
| **TOTAL** | **$481.45** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

**THANK YOU FOR YOUR BUSINESS!!**

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

6 5145

70-256/711

DATE October 21, 2021

PAY
TO THE
ORDER OF  Fillenwarth Reporting Service ——————————————————————— $  481.45

Four Hundred Eighty-One dollars and 45/100——————————————————————— DOLLARS

**Busey**BANK™
busey.com

FOR  Invoice #8198 - Gary Xu

⑈06 5145⑈

PD 11/9/21

## Fillenwarth Reporting Service

# INVOICE

*Owner/Court Reporter:  Valerie Fillenwarth, RPR*

775 Hummingbird Lane
Whiteland, IN  46184
Phone (317) 345-6179
email:  vfillenwarth@gmail.com
website:  www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8211
Date: 11/08/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 11/18/21**

| | |
|---|---|
| | $183.85 |
| For providing you with an electronic copy of the deposition of Sharon Reynolds, Volume II, taken on 10/13/21. | |
| *Sun vs. Xu* | |
| **TOTAL** | $183.85 |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

### THANK YOU FOR YOUR BUSINESS!!

PD
11/9/21

# Fillenwarth Reporting Service

*Owner/Court Reporter: Valerie Fillenwarth, RPR*

# INVOICE

775 Hummingbird Lane
Whiteland, IN 46184
Phone (317) 345-6179
email: vfillenwarth@gmail.com
website: www.fillenwarthreporting.com

FEDERAL ID NO. 20-4466865

Invoice # 8194
Date: 10/14/21

**Bill To:**
Mr. James Martinkus
Erwin Martinkus & Cole, LTD
411 University Avenue
Champaign, IL 61824

**PAYMENT IS DUE ON OR BEFORE: 10/24/21**

| | |
|---|---|
| | $218.25 |
| For providing you with a copy of the deposition of Thomas J. Geis, taken on 9/15/21. | |
| *Sun vs. Xu* | |
| **TOTAL** | **$218.25** |

Make all checks payable to FILLENWARTH REPORTING SERVICE
CREDIT CARDS ACCEPTED through PayPal (Please note invoice number).
(Interest rates may apply to any past-due invoices.)

## THANK YOU FOR YOUR BUSINESS!!

65235

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE November 9, 2021

PAY
TO THE
ORDER OF   Fillenwarth Reporting Service ———————————————————— $ 402.10

Four Hundred Two dollars and 10/100 ————————————————————— DOLLARS

**Busey BANK™**
busey.com

FOR Inoivce #8211 & 8194 (Gary Xu)

⑈065235⑈



Area Wide Reporting Service
301 West White
Champaign, IL  61820
FEIN 82-3764079   (217) 356-5119

**REPORTING SERVICE**

| INVOICE: #127699 |
| DATE: 12/29/21 |



**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name:  Sun v. Xu                                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | | Item Price |
|------|----------|------------------------------|----------|---|-----------|
| 12/9/21 | | Attendance | 4 | hours | $140.00 |
| | Lynn Ponton | Transcript (orig) | 143 | pages | $493.35 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | **BALANCE DUE 1/28/2022** | **$633.35** |

Thank You For Choosing Area Wide Reporting Service

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119


**REPORTING SERVICE**

INVOICE: #127716
DATE: 12/29/21

PD
1/4/22

**Bill To:**

Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name:  Sun v. Xu

Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|-------------------------------|----------|------------|
| 12/3/21 | | Attendance | 3.5  hours | $122.50 |
| | Anthony Becker | Transcript (orig) | 125  pages | $431.25 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | BALANCE DUE 1/28/2022 | $553.75 |

Thank You For Choosing Area Wide Reporting Service

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

65461

70-256/711

DATE January 4, 2022

PAY
TO THE
ORDER OF  Area Wide Reporting Service ------------------------------------------------  $1,187.10

One Thousand One Hundred Eighty-Seven dollars and 10/100 -------------------------- DOLLARS

**Busey**BANK™
busey.com

FOR transcript fees #127699 & #127716

⑈06546⑈

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119



**REPORTING SERVICE**

| INVOICE: #127646 |
| DATE: 12/17/21 |

Pd
2/14/22

**Bill To:** Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign IL 61820

Case Name:  Sun v. Xu                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|------------------------------|----------|-----------|
| 11/22/21 |  | Attendance | 2  hours | $70.00 |
|  | Drew Barzman | Transcript (orig) | 66  pages | $250.80 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | **BALANCE DUE 1/16/2022** | **$320.80** |

Thank You For Choosing Area Wide Reporting Service

65583

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE February 11, 2022

PAY
TO THE
ORDER OF  Area Wide Reporting Service ———————————————————— $ 320.80

Three Hundred Twenty dollars and 80/100——————————————— DOLLARS

**Busey**BANK™
busey.com

FOR  Invoice #127646

⑈065583⑈

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119



**INVOICE: #128033**
**DATE: 2/11/22**

Pd
2/28/22

Check
#65663

**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name:  Sun v. Xu                                    Case #  2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|---|---|---|---|---|
| 1/17/22 | Xingjian Sun | Single Camera Shoot | 1 Hour | $225.00 |
| | Xingjian Sun | Single Camera Shoot | 2 Hours | $200.00 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | **BALANCE DUE 3/13/2022** | **$425.00** |

Thank You For Choosing Area Wide Reporting Service



Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079   (217) 356-5119

**REPORTING SERVICE**

| INVOICE: # 128034 |
| DATE: 2/11/22 |

*PD*
*2/28/22*

*Check*
*# 65063*

**Bill To:**
Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name:  Sun v. Xu                                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|-------------------------------|----------|-----------|
| 1/18/22 | Xingjian Sun | Single Camera Shoot | 1  Hour | $225.00 |
| | Xingjian Sun | Single Camera Shoot | 2  Hours | $200.00 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | **BALANCE DUE 3/13/2022** | **$425.00** |

Thank You For Choosing Area Wide Reporting Service



Area Wide Reporting Service
301 West White
Champaign, IL  61820
FEIN 82-3764079  (217) 356-5119

**REPORTING SERVICE**

| INVOICE: # 127987 |
| DATE: 2/8/22 |

Pd
2/28/22

check
# 65663

**Bill To:**

Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name:  Sun v. Xu                                        Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|------------------------------|----------|------------|
| 1/17/22 | | Attendance | 6  hours | $210.00 |
| | Xingjian Sun | Transcript (orig) | 111  pages | $382.95 |
| | Xingjian Sun | Transcript (orig) | 99  pages | $341.55 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | BALANCE DUE 3/10/2022 | $934.50

Thank You For Choosing Area Wide Reporting Service

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

65663

70-256/711

DATE February 28, 2022

PAY
TO THE
ORDER OF  Area Wide Reporting Service ————————————————————————— $ 1,784.50

One Thousand Seven Hundred Eighty-Four Dollars and 50/100 ——————————————— DOLLARS

**Busey**BANK™
busey.com

FOR #128033, #128034, #127987, Xu, Gary

⑈⑈065663⑈⑈

Area Wide Reporting Service
301 West White
Champaign, IL 61820
FEIN 82-3764079  (217) 356-5119



| INVOICE: #128625 |
| DATE: 4/28/22 |

PD
5/20/22

**Bill To:**

Mr. James A. Martinkus, Attorney
Erwin, Martinkus & Cole
411 West University Avenue
Champaign  IL  61820

Case Name: Sun v. Xu                    Case # 2019 CV 2242

| Date | Deponent | Product / Service Description | Quantity | Item Price |
|------|----------|------------------------------|----------|-----------|
| 4/22/22 |  | Attendance | 2  hours | $70.00 |
|  | James Hay | Transcript (orig) | 51  pages | $175.95 |

**If payment is not made in full within 45 days, the invoiced client will be responsible
for all court costs and attorney's fees incurred in the collection of the account.**

NET 30 DAYS:  Accounts over 45 days are subject to service charges. | BALANCE DUE 5/28/2022 | $245.95 |

Thank You For Choosing Area Wide Reporting Service

66038

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE May 26, 2022

PAY
TO THE
ORDER OF  Area Wide Reporting Service ——————————————————— $ 245.95

Two Hundred Forty-Five dollars and 95/100——————————————— DOLLARS

**Busey**BANK™
busey.com

FOR  transcripts #128625

⑆066038⑆

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| INVOICE | NUMBER |
|---------|--------|

| TO: JAMES A. MARTINKUS, ESQUIRE<br>411 West University Avenue<br>P.O. Box 1098<br>Champaign, Illinois 61824 | MAKE CHECK PAYABLE TO:<br>Lisa Cosimini, RMR-CRR ████<br>Mahomet, IL 61853 |
|---|---|
| PHONE: _____<br>FAX: _____ | PHONE: ████████ |

## TRANSCRIPTS

| ☐ CRIMINAL  ☐ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Sun / Zhao / Wang v. Xu -- ILCD Case No. 19-2242

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | 4.25 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | 84 | 0.90 | 75.60 | | | 0.00 | 75.60 |
| 3-Day | | 5.45 | 0.00 | | 1.05 | 0.00 | | | 0.00 | 0.00 |
| Daily | | 6.05 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Hourly | | 7.25 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): December 13, 2022 | TOTAL | 75.60 |
|---|---|---|
| Final Pretrial Conference with Magistrate Judge Long | LESS DISCOUNT FOR LATE DELIVERY | |
| Payment can be made via Venmo → @Lisa-Cosimini | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 75.60 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>Lisa Cosimini | DATE<br>12/20/2022 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

**ERWIN, MARTINKUS & COLE, LTD.**

Lisa Cosimini

76231

76231

| VENDOR: | | | | CHECK NO: | |
|---------|--|--|--|-----------|--|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| | 03742701 | 12/21/2022 | 75.60 | Transcript/Court Reporter. JAM. Cosimini | |

PRODUCT DLM228    USE WITH 91500 ENVELOPE    Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop    PRINTED IN U.S.A.    A    7038858600

D16ABC  CHIKDK06  09/28/2021 20:03  -233-

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| INVOICE | NUMBER |
|---|---|

TO:   ERWIN, MARTINKUS, & COLE, LTD.
411 West University Avenue
P.O. Box 1098
Champaign, IL 61824

MAKE CHECK PAYABLE TO:
Lisa Cosimini, RMR-CRR
██████████████
Mahomet, IL 61853

PHONE: _____

FAX: _____

PHONE: █████████████

### TRANSCRIPTS

| ☐ CRIMINAL   ☑ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Sun, et al., v. Xu, ILCD No. 19-2242

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | 3.65 | 0.00 | 113 | 0.90 | 101.70 | | | 0.00 | 101.70 |
| 14-Day | | 4.25 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| Expedited | | 4.85 | 0.00 | | 0.90 | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | 5.45 | 0.00 | | 1.05 | 0.00 | | | 0.00 | 0.00 |
| Daily | | 6.05 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Hourly | | 7.25 | 0.00 | | 1.20 | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date):   January 9 & 10, 2023 | TOTAL | 101.70 |
|---|---|---|
| Testimony of Gary Xu | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 101.70 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER
Lisa Cosimini | DATE
02/07/2023 |
|---|---|

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**76336**

**ERWIN, MARTINKUS & COLE, LTD.**

VENDOR: Lisa Cosimini                                    CHECK NO: 76336

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
|  | 03742701 | 02/08/2023 | 101.70 | Transcript trial |  |

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois ▾

| | |
|---|---|
| Xingjian Sun, Xing Zhao and Ao Wang | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-cv-2242 |
| Gary Gang Xu | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:      Professor James W. Hay, ██████████ Champaign, IL 61820-4729 ███████ @illinois.edu

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: via Zoom; link to be provided | Date and Time: 04/14/2022 2:00 pm |
|---|---|

The deposition will be recorded by this method:   Stenographic means

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      03/28/2022

| | |
|---|---|
| *CLERK OF COURT* | OR |
| | /s/ James A. Martinkus |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Def- Gary Xu
, who issues or requests this subpoena, are:
James A. Martinkus of Erwin, Martinkus & Cole, Ltd., 411 W. University Ave., Champaign IL 61820; 217-351-4040; jim.martinkus@erwinlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:19-cv-2242

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*   Professor James W. Hay

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows:

Theresa Harris, Department of Media & Cinema Studies

for James W. Hay _____ on *(date)* 3/30/2022 ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____40.00_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3/30/2022

_____
*Server's signature*

CAROLYN S. PITT, paralegal
*Printed name and title*

Erwin Martinkus & Cole, Ltd
411 West University Ave
Champaign, IL 61820
*Server's address*

Additional information regarding attempted service, etc.:

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

65786

70-256/711

DATE March 28, 2022

PAY
TO THE
ORDER OF    James W. Hay

$--40.00--

--Forty and 00/100--

DOLLARS

**Busey**BANK™
busey.com

FOR subpoena witness fee-Xu

⑆065786⑆

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois ▼

| | |
|---|---|
| Xingjian Sun, Xing Zhao, and Ao Wang | ) |
| *Plaintiff* | ) |
| v. | ) |
| Gary Gang Xu | ) |
| *Defendant* | ) |

Civil Action No.  2:19-cv-2242

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Officer John McAllister, Badge ███ , Champaign Police Department, 82 East University Ave., Champaign, IL

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: 338 U.S. Courthouse<br>201 S. Vine Street<br>Urbana, IL 61802 | Courtroom No.: B |
| | Date and Time: 01/09/2023 1:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

Original police report, Medcad Event # 141150019; Case # CC1403443; Date: 4/25/2014 at 4700 Horse Creek Drive, Champaign, IL; Arrestee XingJian Sun
** please call prior to appearance date for exact date and time of testimony**

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  12/12/2022

|  | |
|---|---|
| *CLERK OF COURT* | |
| | OR |
| _____ | /s/ James A. Martinkus |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Def. Gary Gang Xu
_____ , who issues or requests this subpoena, are:
James A. Martinkus; Erwin, Martinkus & Cole, Ltd., 411 West University Ave., Champaign, IL 61820-10.98; 217.351.4040; jim.martinkus@erwinlaw.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:19-cv-2242

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: service on shift commander

Sgt Katherin Thompson █████████

_____ on *(date)* 12/13/22 ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ 40.00 _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___ 0.00 ___ .

I declare under penalty of perjury that this information is true.

Date: 12/13/22

████████████████████████
*Server's signature*

Paul L. Fueston

*Printed name and title*

Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
Champaign IL 61820
217.351.4040

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a
person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or
regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly
transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial
expense.

**(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or
tangible things at a place within 100 miles of where the person resides, is
employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney
responsible for issuing and serving a subpoena must take reasonable steps
to avoid imposing undue burden or expense on a person subject to the
subpoena. The court for the district where compliance is required must
enforce this duty and impose an appropriate sanction—which may include
lost earnings and reasonable attorney's fees—on a party or attorney who
fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce
documents, electronically stored information, or tangible things, or to
permit the inspection of premises, need not appear in person at the place of
production or inspection unless also commanded to appear for a deposition,
hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible
things or to permit inspection may serve on the party or attorney designated
in the subpoena a written objection to inspecting, copying, testing, or
sampling any or all of the materials or to inspecting the premises—or to
producing electronically stored information in the form or forms requested.
The objection must be served before the earlier of the time specified for
compliance or 14 days after the subpoena is served. If an objection is made,
the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party
may move the court for the district where compliance is required for an
order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the
order must protect a person who is neither a party nor a party's officer from
significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***
  **(A)** *When Required.* On timely motion, the court for the district where
compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits
specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no
exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a
subpoena, the court for the district where compliance is required may, on
motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research,
development, or commercial information; or

  **(ii)** disclosing an unretained expert's opinion or information that does
not describe specific occurrences in dispute and results from the expert's
study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances
described in Rule 45(d)(3)(B), the court may, instead of quashing or
modifying a subpoena, order appearance or production under specified
conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be
otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These
procedures apply to producing documents or electronically stored
information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents
must produce them as they are kept in the ordinary course of business or
must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.*
If a subpoena does not specify a form for producing electronically stored
information, the person responding must produce it in a form or forms in
which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The
person responding need not produce the same electronically stored
information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person
responding need not provide discovery of electronically stored information
from sources that the person identifies as not reasonably accessible because
of undue burden or cost. On motion to compel discovery or for a protective
order, the person responding must show that the information is not
reasonably accessible because of undue burden or cost. If that showing is
made, the court may nonetheless order discovery from such sources if the
requesting party shows good cause, considering the limitations of Rule
26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information
under a claim that it is privileged or subject to protection as trial-preparation
material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or
tangible things in a manner that, without revealing information itself
privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a
subpoena is subject to a claim of privilege or of protection as
trial-preparation material, the person making the claim may notify any party
that received the information of the claim and the basis for it. After being
notified, a party must promptly return, sequester, or destroy the specified
information and any copies it has; must not use or disclose the information
until the claim is resolved; must take reasonable steps to retrieve the
information if the party disclosed it before being notified; and may promptly
present the information under seal to the court for the district where
compliance is required for a determination of the claim. The person who
produced the information must preserve the information until the claim is
resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a
motion is transferred, the issuing court—may hold in contempt a person
who, having been served, fails without adequate excuse to obey the
subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ERWIN, MARTINKUS & COLE, LTD.**

76195

| VENDOR: | Officer John McAllister | | | | CHECK NO: 76195 | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| | 03742701 | 12/12/2022 | 40.00 | Subpeona Fee. JAM. Xu | | |

**ERWIN, MARTINKUS & COLE, LTD.**
LAWYER ACCOUNT
P.O. BOX 1098
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61824-1098

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
2-1/710

76195

| | CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|---|
| | 76195 | 12/12/2022 | TEMP |

PAY

Forty and NO/100

CHECK AMOUNT

40.00

TO THE
ORDER
OF

Officer John McAllister

AUTHORIZED SIGNATURE

⑆076195⑆

# ERWIN, MARTINKUS & COLE, LTD.

|  | Attorneys at Law |
|---|---|
| 411 West University Avenue<br>Champaign, Illinois 61820<br>217-351-4040<br><br>Mailing Address:<br>P.O. Box 1098<br>Champaign, Illinois 61824-1098<br>FAX: 217-351-4314 | SAM ERWIN (1935-2002)<br>RICHARD C. KIRBY (1948-2009)<br><br>JAMES A. MARTINKUS<br>PAUL R. COLE<br>SARAH B. TINNEY<br>JEFFERY B. WAMPLER<br>R. MICHAEL BROWN<br>JEFFREY L. HAYS<br>RICK W. AEILTS<br>MIKE McCORMICK<br><br>ANNE M. MARTINKUS<br>MATTHEW P. KUENNING<br>BARBRA A. WEBBER<br>Paralegals<br>CAROLYN S. PITTS<br>VICTORIA L. ANDERSON MOS |

July 25, 2022

Annemarie Alonso
Saeed & Little LLP
133 W. Market St. #189
Indianapolis, IN 46204

      RE:    Sun, et al. v. Xu
                19-02242

Dear Ms. Alonso:

I have enclosed 3 checks from our Trust account for payment of the plaintiffs' experts' invoices, payable as follows:
- Dr. Barzman: $3,446.67 for his prep time;
- Dr. Ponton: $2,760 for her deposition time and $8,280 for her prep time for a total of $11,040 (all calculated at the reduced rate of $690/hour ordered by the court); and,
- Dr. Becker: $1,050 for his deposition time and $262.50 for his prep time for a total of $1,312.50.

As you may know, at the end of the year or early next, our office is required to send 1099 forms to each of these experts because we have issued payment in excess of $600. I will need the tax ID numbers for each expert. We will send those forms directly to the experts.

Sincerely,

Carolyn S. Pitts, paralegal

Enclosures
cc: client

66333

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE July 25, 2022

PAY
TO THE
ORDER OF  Barzman Forensics                                    $ *3446.67**

**Three thousand four hundred forty-six and 67/100**                    DOLLARS

**Busey**BANK™
busey.com

FOR  Sun v. Xu, 19-02242

⑈066333⑈

66334

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE July 25, 2022

PAY
TO THE
ORDER OF  Dr. Lynn Ponton

$ **11,040.00**

**Eleven thousand forty and 00/100**

DOLLARS

**Busey**BANK™
busey.com

FOR  Sun v. Xu, 19-02242

⑈066334⑈

66335

**ERWIN, MARTINKUS & COLE LTD.**
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

DATE July 25, 0222

PAY
TO THE
ORDER OF    Dr. Anthony Becker                                                  $ **1312.50**

**One thousand three hundred twelve and 50/100**                     DOLLARS

**Busey**BANK™
busey.com

FOR  Sun v. Xu, 19-02242                                                         MP

⑆066335⑆

**Credit Card Payment Receipt**



**Accounts Receivable Team**
**866-390-7404**
info@recordjacket.com

### THIS IS A RECEIPT FOR PAYMENT OF INVOICE

| | |
|---|---|
| **Invoice number** | 7227-138 |
| **Date of invoice** | |
| **Case or reference #** | |
| **Date Paid** | 1/10/2022 |
| **Card #** | ************7755 |
| **Name on Card** | James Martinkus |
| **Phone** | 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 |
| **E-mail** | jim.martinkus@erwinlaw.com |
| **Amount Paid** | $439.00 |
| | |
| **Delivered as:** | Download |

If you have questions, or if we may be of any further service to you, please contact us.

Contact us by telephone at 866-390-7404.
Contact us by e-mail at info@verismasystems.com

Verisma Systems, Inc.     P.O. Box 35 Pueblo, Colorado 81002     866-390-7404

www.verismasystems.com

NYC
**HEALTH+**
**HOSPITALS**

## Request Summary

**Request Details**

**CASE NUMBER**
19-2242

**MEDICAL FACILITIES REQUESTED**
Bellevue

**INFORMATION TO RELEASE**
Outpatient - Physician Office Record(s)
Emergency Room Record(s)
Physician Office Note(s)
Mental health treatment records
9/1/2012 - 12/1/2021

**DELIVERY METHOD**
Receive electronic copy of records (this option is not available for radiology and cardiology images)

**SUPPORTING DOCUMENTATION**
NY authorization signed.pdf

**ADDITIONAL INFORMATION**

**Requestor Information**

**NAME**
james a martinkus

**EMAIL**
jim.martinkus@erwinlaw.com

**PHONE**
2173514040

**FAX**
217-351-4314

**ORGANIZATION NAME**
Erwin, Martinkus & Cole, Ltd.

**ORGANIZATION MAILING ADDRESS**
411 West University Avenue champaign IL 61820

**REPRESENTED PARTY**
Defendant

**Patient Information**

**NAME**
Xingtian Sun

**DATE OF BIRTH**
▉▉▉▉▉▉

By submitting this form, you agree to receive the requested records electronically at the email address you provided. This is the only method of delivery available at this time.

GO BACK   SUBMIT

**Ciox Health**

P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CiOX
### HEALTH
# INVOICE

| | |
|---|---|
| Invoice #: | **0364632852** |
| Date: | **02/11/2022** |
| Customer #: | **1104307** |

| Ship to: |
|---|
| JAMES MARTINKUS |
| ERWIN MARTINKUS COLE |
| 411 W UNIVERSITY AVE |
| CHAMPAIGN,IL 61820-3914 |

| Bill to: |
|---|
| JAMES MARTINKUS |
| ERWIN MARTINKUS COLE |
| 411 W UNIVERSITY AVE |
| CHAMPAIGN,IL 61820-3914 |

| Records from: |
|---|
| ███████ MEDICAL CENTER |

**Requested By:** ERWIN MARTINKUS COLE  **DOB :**  12/27/1993

**Patient Name:** SUN XINGJIAN

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 30.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 190 | 1.50 | 285.00 |
| Shipping | | | 10.00 |
| Subtotal | | | 325.00 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 325.00 |
| Balance Due | | | 325.00 |

*pd  4/13/22*
*trust*

**Terms: Net 30 days**     **Please remit this amount : $325.00(USD)**

65832

ERWIN, MARTINKUS & COLE LTD.
CLIENT TRUST FUND
411 W. UNIVERSITY AVE.
CHAMPAIGN, IL 61820

70-256/711

**BuseyBANK**™
busey.com

DATE April 13, 2022

PAY
TO THE
ORDER OF____ Ciox _____ | $**325.00**

**Three hundred twenty-five and 00/100** _____ DOLLARS

FOR  Inv. 1104307 (Sun) _____        _____

⑈065832⑈