# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**XINGJIAN SUN; XING ZHAO; AO WANG,** )
)
**Plaintiffs/Counter Defendants,** )
)
vs. ) Case Number: 19-CV-2242
)
**GARY GANG XU,** )
)
**Defendant/Counter Plaintiff.** )

## AMENDED JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** Judgment is entered in favor of the defendant Gary Gang Xu and against the plaintiff Ao Wang as to Count Ten of the Complaint.

   **IT IS FURTHER ORDERED AND ADJUDGED** On Plaintiffs' Complaint, judgment is entered in favor of defendant Gary Gang Xu and against plaintiffs Xingjian Sun, Xing Zhao, and Ao Wang.  On Counter-plaintiff's Counterclaim, judgment is entered in favor of Counter-plaintiff Gary Gang Xu and against Counter-defendants Xingjian Sun and Ao Wang.  Judgment is also entered in favor of Counter-defendant Xing Zhao and against Counter-plaintiff Gary Gang Xu. Defendant/Counter-plaintiff Gary Gang Xu is awarded $100,000 in total compensatory damages from Plaintiff/Counter-defendant Xingjian Sun; $400,000 in compensatory damages from Plaintiff/Counter-defendant Ao Wang. The case is terminated.

   **IT IS FURTHER ORDERED AND ADJUDGED** that defendant is awarded costs in the amount of $15,183.50. The case remains terminated.

**Dated: 4/26/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court