# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| XINGJIAN SUN, <br> XING ZHAO, and <br> AO WANG, <br>     Plaintiffs/Counter-Defendants, <br><br> v. <br><br> GARY GANG XU, <br>     Defendant/Counter-Plaintiff. | ) <br> ) <br> ) <br> ) Case No.: 2:19-cv-2242-EIL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEAL

Plaintiffs Xingjian Sun, Xing Zhao, and Ao Wang do hereby appeal the final judgment dated April 26, 2023, and all underlying orders, rulings, and decisions, including the order dated November 21, 2022.

Dated:  May 22, 2023                              BY:  /s/ *Ann Olivarius*

                                                                      Jonathan Little ARDC # 6314350
                                                             Annemarie Alonso
                                                             Saeed & Little, LLP
                                                             133 West Market Street, No. 189
                                                             Indianapolis, Indiana 46204
                                                             Telephone: (317) 721-9214
                                                             jon@sllawfirm.com
                                                             annie@sllawfirm.com

                                                             Dr. Ann Olivarius
                                                             Dr. J. F.O. McAllister
                                                            Lee D. Trevis
                                                            Jan Cervenka
                                                            McALLISTER OLIVARIUS
                                                            641 Lexington Avenue, 13th Floor
                                                            New York, New York 10022
                                                            Telephone: (212) 433-3456
                                                            aolivarius@mcolaw.com
                                                            jmcallister@mcolaw.com
                                                            ltrevis@mcolaw.com
                                                            hcervenka@mcolaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 22, 2023, the foregoing Notice of Appeal was electronically filed with the Clerk of the United States District Court for the Central District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

By: /s/ *Annemarie Alonso*